JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rubyinder Chayra,<br><br>       Plaintiff,<br><br>   v.<br><br>Brachfeld & Associates, P.C.,<br><br>       Defendant(s).<br>_____ | SACV 09-00057-JVS(ANx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: October 27, 2009

_____
James V. Selna
United States District Judge